Tommy-Lee S. Ammon #180331070
Name and Prisoner/Booking Number

Pima County Adult Detention Center
Place of Confinement

PO Box 951
Mailing Address

Tucson, AZ, 85702
City, State, Zip Code

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Tommy-Lee Shane Ammon,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) United States of America,
(Full Name of Defendant)
(2) State of Arizona Charter,
(3) _____,
(4) _____,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-00374-TUC-JGZ
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: 28 U.S.C. § 1491; 28 U.S.C. § 1346; 28 U.S.C. § 1358; 28 USC § 1366

2. Institution/city where violation occurred: Tucson, Arizona of the United States

Revised 3/11/16          1                    **550/555**

B. DEFENDANTS

1. Name of first Defendant: United States of America. The first Defendant is employed as: Corporate Government at UNITED STATES OF AMERICA.
   (Position and Title) (Institution)

2. Name of second Defendant: State of Arizona. The second Defendant is employed as: Corporate Charter at STATE OF ARIZONA.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? N/A. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: N/A v. "  "
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: N/A v. "  "
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: N/A v. "  "
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

C.1. See initial complaint (Doc 1.) for Authority and legal arguments.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment (14) right to not be deprived of liberty without due process.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Liberty

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

By and through the United States, the State of Arizona (Charter enfranchised me, a natural born human being, as a corporate entity citizen of Arizona by registering my birth given name with the state or local registrar in the office of the Department of State. By lack of disclosure, this unwittingly incorporated me into a political society as a corporation for municipal purposes using my name in all capital uppercase letters. A.A.C. §R14-1-203 (legal fiction)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Stripped me of my inherent sovereignty and personal natural liberty inherited to me by my father (YAHWEH), subjecting me to citizenry.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

3

**COUNT II**
1. State the constitutional or other federal civil right that was violated: Fifth Amendment taking of my personal property. i.e. my body and natural liberty there

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Having declared bankruptcy in 1933 and initiating the Securities Act of 1933, the United States, by and through the charter of the State of Arizona, pledged me as a resident, as collateral for national debt. This was done by enfranchising me as a citizen franchise. This subjected me to involuntary citizenship or economic slavery in a political society. This makes my person/body a property taken without compensation, and used for municipal purposes. Knowledge of Sovereignty is 2 months.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Took away my natural liberty as an ingenuus man governed by natural law in a state of nature.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: **Tucker Act Breach of contract implied in-fact regarding a security certificate of indebtness to**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: **Contractual obligation**.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ① Mutual agreement of contract was established by lack of disclosure and through the use of coercion implied by law and the legal process. My parents registered my name with the State registrar of the Department of State under the color of the Secretary of State, in the State of Arizona under the laws of the federal government Securities Act of 1933. This enfranchised me as an economic slave a.k.a. "citizen", with a promise of compensation. These actions meet all elements necessary to be a valid contract implied in-fact. ② Meeting of the minds are the drafters of such Securities Act by President Roosevelt and Congress House Joint Resolution #192, and parents. ③ Contractual obligations are included in the Act of 1933 and the issuance of the bond note coupon certificate of indebtedness on the proper paper material, used for trade on the open market using the individual's social Security and certificate CUSIP number. Act details lack antiquity ④ Authority to bind into contract is anyone from local registrar, Secretary of State, to U.S. Treasurer.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Held as collateral for debt and subjected to taxation and subject to jurisdiction without compensation.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking: Mitigated monetary relief in the amount of $49,777,666.00 A moral obligation of the government that rests on their conscience and mine as a native.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-21-18
DATE

SIGNATURE OF PLAINTIFF

Propria Persona Sir Tommy Lee
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.